# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: NILSSON, ROBERT S § | Case No. 14-80590 |
| NILSSON, DONNA L. § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/23/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 11/24/2015    By: /s/BERNARD J. NATALE
                                                           Trustee

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL  61107
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: NILSSON, ROBERT S | § | Case No. 14-80590 |
| NILSSON, DONNA L. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 65,000.00 |
| *and approved disbursements of* | $ 43,175.53 |
| *leaving a balance on hand of* [1] | $ 21,824.47 |
| **Balance on hand:** | $ 21,824.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 21,824.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 4,971.44 | 0.00 | 4,971.44 |
| Attorney for Trustee, Fees - ATTY. BERNARD J. NATALE | 2,583.75 | 0.00 | 2,583.75 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 51.80 | 0.00 | 51.80 |
| Other Fees: Sandman Levy & Petrich | 21,666.00 | 21,666.00 | 0.00 |
| Other Expenses: Sandman Levy & Petrich | 826.92 | 826.92 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,606.99 |
| Remaining balance: | $ 14,217.48 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 14,217.48 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 14,217.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,418.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 296.62 | 0.00 | 296.62 |
| 2 | PYOD, LLC its successors and assigns as assignee | 4,112.67 | 0.00 | 4,112.67 |
| 3 | PYOD, LLC its successors and assigns as assignee | 1,521.84 | 0.00 | 1,521.84 |
| 4 | PYOD, LLC its successors and assigns as assignee | 487.08 | 0.00 | 487.08 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,418.21 |
| Remaining balance: | $ | 7,799.27 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 7,799.27 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 7,799.27 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $13.67.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 7,785.60.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL  61107
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                       United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                       Case No. 14-80590-TML
Robert S Nilsson                                             Chapter 7
Donna L. Nilsson
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez               Page 1 of 2                  Date Rcvd: Dec 04, 2015
                              Form ID: pdf006             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2015.
db/jdb         +Robert S Nilsson,    Donna L. Nilsson,    3706 Brighton Place,    McHenry, IL 60050-6444
21583018       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:   Bank of America,     POB 982235,    El Paso, TX 79998-2235)
21583019       +Bank of America,    9000 Southside Blvd., Bldg 600,    Jacksonville, FL 32256-0789
21583017       +Bank of America,    Post Office Box 2284,    Brea, CA 92822-2284
21583015       +Bank of America,    Attn: Bankruptcy Dept.,    201 N. Tryon Street,    Charlotte, NC 28255-0001
21583020        Centegra Health System,    PO Box 1447,   Woodstock, IL 60098-1447
21583021       +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
21583022       +Chase,   Post Office Box 24696,    Columbus, OH 43224-0696
21583023       +Chase Home Equity,    Bankruptcy Department,    2901 Kinwest Drive, #300,    Irving, TX 75063-5815
21583024       +Chase Home Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
21583026        Citgo/Citibank,    PO Box 6497,   Sioux Falls, SD 57117-6497
21583025       +Citgo/Citibank,    PO Box 6401,   Sioux Falls, SD 57117-6401
21583027       +Exxon Mobil/Citibank,    POB 6404,   Sioux Falls, SD 57117-6404
21583030        GECRB/Phillips 66,    701 E. 60th Street North,    Sioux Falls, SD 57104-0432
21583036       +Northern IL Medical Center,    Post Office Box 1447,    Woodstock, IL 60098-1447
21583037       +Northshore Bank,    Attn: Bankruptcy Dept.,    15700 W. Bluemound Road,
                 Brookfield, WI 53005-6073
21583038       +Northshore Bank,    2215 S. Oneida Street,    Green Bay, WI 54304-4711
21583039       +Phillips 66/Conoco,    Post Office Box 6402,    Sioux Falls, SD 57117-6402
21583040       +Phillips 66/GE CRB,    Post Office Box 6497,    Sioux Falls, SD 57117-6497
21583041        Shell/Citibank SD,    POB 6497,   Citibank Credit Bureau Dispute,    Sioux Falls, SD 57117-6497
21583042       +TD Bank USA/Target Credit,    Post Office Box 673,    Minneapolis, MN 55440-0673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23514628        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2015 00:42:45
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
21583028        E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2015 00:33:29     GECRB/JC Penny,
                 Post Office Box 984100,    El Paso, TX 79998
21583029        E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2015 00:32:45     GECRB/Meijer,    POB 965005,
                 Orlando, FL 32896-5005
21583032        E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2015 00:33:07     GECRB/Sam's Club,
                 Post Office Box 965005,    Orlando, FL 32896-5005
21583031       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2015 00:33:07     GECRB/Sam's Club,    POB 981400,
                 El Paso, TX 79998-1400
21583033       +E-mail/PDF: gecsedi@recoverycorp.com Dec 05 2015 00:32:45     GECRB/Walmart,    POB 965024,
                 Orlando, FL 32896-5024
21583035       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 05 2015 00:36:00      Kohl's/CapOne,    POB 3115,
                 Milwaukee, WI 53201-3115
21583034       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 05 2015 00:36:00      Kohl's/CapOne,
                 N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-5660
23810156       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2015 01:25:48
                 PYOD, LLC its successors and assigns as assignee,     of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21583016      ##Bank of America,    Card Services,   P.O. Box 15026,    Wilmington, DE 19850-5026
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2015                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: cshabez              Page 2 of 2            Date Rcvd: Dec 04, 2015
                              Form ID: pdf006            Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2015 at the address(es) listed below:
              Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Brian A Hart    on behalf of Debtor 1 Robert S Nilsson brian@rockfordbankruptcy.com,
               vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
              Brian A Hart    on behalf of Debtor 2 Donna L. Nilsson brian@rockfordbankruptcy.com,
               vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rocio  Herrera    on behalf of Creditor   Bank of America N.A. rocio@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
                                                                                             TOTAL: 8
```