**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: NILSSON, ROBERT S | § | Case No. 14-80590-LMT |
| NILSSON, DONNA L. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $259,903.00        Assets Exempt: $59,452.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,972.46        Claims Discharged
                                                                                    Without Payment: $54,142.65

Total Expenses of Administration: $30,241.94

---

    3) Total gross receipts of $ 65,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 22,785.60 (see **Exhibit 2**), yielded net receipts of $42,214.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $294,000.00 | $5,540.58 | $5,540.58 | $5,540.58 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 30,241.94 | 30,241.94 | 30,241.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 58,615.65 | 6,431.88 | 6,431.88 | 6,431.88 |
| **TOTAL DISBURSEMENTS** | $352,615.65 | $42,214.40 | $42,214.40 | $42,214.40 |

    4) This case was originally filed under Chapter 7 on February 27, 2014. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/19/2016      By: /s/BERNARD J. NATALE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI Cause of Action | 1242-000 | 65,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$65,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Nilsson | Payment of PI Exemption | 8100-002 | 15,000.00 |
| NILSSON, ROBERT S | Distribution paid 100.00% on $7,785.60; Claim# SURPLUS; Filed: $7,785.60; Reference: | 8200-002 | 7,785.60 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$22,785.60** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Mortgage | 4110-000 | 76,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 112,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Equity Bankruptcy Department | 4110-000 | 81,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Northshore Bank | 4110-000 | 25,000.00 | N/A | N/A | 0.00 |
|  | Medicare | 4210-000 | N/A | 5,540.58 | 5,540.58 | 5,540.58 |
| **TOTAL SECURED CLAIMS** | | | **$294,000.00** | **$5,540.58** | **$5,540.58** | **$5,540.58** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTY. BERNARD J. NATALE | 3120-000 | N/A | 51.80 | 51.80 | 51.80 |
| ATTY. BERNARD J. NATALE | 3110-000 | N/A | 2,583.75 | 2,583.75 | 2,583.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 4,971.44 | 4,971.44 | 4,971.44 |
| Sandman Levy & Petrich | 3220-610 | N/A | 826.92 | 826.92 | 826.92 |
| Sandman Levy & Petrich | 3210-600 | N/A | 21,666.00 | 21,666.00 | 21,666.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 82.65 | 82.65 | 82.65 |
| Rabobank, N.A. | 2600-000 | N/A | 49.38 | 49.38 | 49.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $30,241.94 | $30,241.94 | $30,241.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 128.00 | 296.62 | 296.62 | 296.62 |
| 1I | American InfoSource LP as agent for | 7990-000 | N/A | 0.63 | 0.63 | 0.63 |
| 2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,082.00 | 4,112.67 | 4,112.67 | 4,112.67 |
| 2I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 8.76 | 8.76 | 8.76 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,043.00 | 1,521.84 | 1,521.84 | 1,521.84 |
| 3I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 3.24 | 3.24 | 3.24 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 220.00 | 487.08 | 487.08 | 487.08 |
| 4I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 1.04 | 1.04 | 1.04 |
| NOTFILED | GECRB/Sam's Club | 7100-000 | 6,493.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Sam's Club | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Meijer | 7100-000 | 6,582.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Phillips 66 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Walmart | 7100-000 | 678.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/JC Penny | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | GECRB/Walmart | 7100-000 | 261.00 | N/A | N/A | 0.00 |
| NOTFILED | Phillips 66/Conoco | 7100-000 | 229.00 | N/A | N/A | 0.00 |
| NOTFILED | Phillips 66/GE CRB | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's/CapOne | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern IL Medical Center | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,682.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's/CapOne | 7100-000 | 309.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Centegra Health System | 7100-000 | 921.38 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Card Services | 7100-000 | 18,753.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Card Services | 7100-000 | 4,189.27 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Card Services | 7100-000 | 12,005.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$58,615.65** | **$6,431.88** | **$6,431.88** | **$6,431.88** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80590-LMT  **Trustee:** (330370)  BERNARD J. NATALE
**Case Name:** NILSSON, ROBERT S  **Filed (f) or Converted (c):** 02/27/14 (f)
NILSSON, DONNA L.  **§341(a) Meeting Date:** 04/03/14
**Period Ending:** 01/19/16  **Claims Bar Date:** 10/19/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3706 Brighton Place, McHenry, IL | 165,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Checking accoung at BMO Harris Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking account @ Home State Bank | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Etrade account | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous household goods and furnishings | 1,750.00 | 0.00 | | 0.00 | FA |
| 7 | Necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous jewelry including wedding ring | 300.00 | 0.00 | | 0.00 | FA |
| 9 | Universal life insuarnce policy with Prudential | 1.00 | 0.00 | | 0.00 | FA |
| 10 | Universal life insurance policy with loans again | 1.00 | 0.00 | | 0.00 | FA |
| 11 | 401(k) with Fidelity | 1,000.00 | 0.00 | | 0.00 | FA |
| 12 | 100% interest in Nilsson Enterprises, Ltd. | 450.00 | 0.00 | | 0.00 | FA |
| 13 | Anticipated tax refund | 1,200.00 | 451.00 | | 0.00 | FA |
| 14 | State of IL Insurance License; non-transferable | 1.00 | 0.00 | | 0.00 | FA |
| 15 | 2005 Chevrolet Suburban | 6,700.00 | 0.00 | | 0.00 | FA |
| 16 | 2006 Chrysler Sebring | 2,200.00 | 0.00 | | 0.00 | FA |
| 17 | Yacht Club Trailer | 500.00 | 0.00 | | 0.00 | FA |
| 18 | 2003 Travel Supreme RV subject to lien of Bank o | 60,000.00 | 0.00 | | 0.00 | FA |
| 19 | 2011 Manitou Pontoon boat subject to lien of Nor | 20,000.00 | 0.00 | | 0.00 | FA |
| 20 | 2 dogs | 75.00 | 0.00 | | 0.00 | FA |
| 21 | PI Cause of Action  (u) | 0.00 | 22,766.00 | | 65,000.00 | FA |
| 21 Assets | **Totals** (Excluding unknown values) | **$259,903.00** | **$23,217.00** | | **$65,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80590-LMT  
**Case Name:** NILSSON, ROBERT S  
               NILSSON, DONNA L.  
**Period Ending:** 01/19/16

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/27/14 (f)  
**§341(a) Meeting Date:** 04/03/14  
**Claims Bar Date:** 10/19/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**         **Current Projected Date Of Final Report (TFR):**    October 26, 2015  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-80590-LMT  
**Case Name:** NILSSON, ROBERT S  
NILSSON, DONNA L.  
**Taxpayer ID #:** \*\*-\*\*\*8648  
**Period Ending:** 01/19/16

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*\*\*66 - Checking Account  
**Blanket Bond:** $8,842,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 07/29/15 | | West Bend | Personal Injury Settlement | | | 59,459.42 | | 59,459.42 |
| | {21} | | Funds from Personal Injury Settlement | 65,000.00 | 1242-000 | | | 59,459.42 |
| | | Medicare | Check Directly to Medicare for Lien | -5,540.58 | 4210-000 | | | 59,459.42 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 59,449.42 |
| 08/27/15 | 101 | Sandman Levy & Petrich | Ref # NILSSON VS ANCJEZ | | 3210-600 | | 21,666.00 | 37,783.42 |
| 08/27/15 | 102 | Sandman Levy & Petrich | Ref # NILSSON VS ANCJEZ | | 3220-610 | | 826.92 | 36,956.50 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 82.65 | 36,873.85 |
| 09/10/15 | 103 | Robert Nilsson | Payment of PI Exemption | | 8100-002 | | 15,000.00 | 21,873.85 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 49.38 | 21,824.47 |
| 12/23/15 | 104 | BERNARD J. NATALE | Dividend paid 100.00% on $4,971.44, Trustee Compensation;  Reference: | | 2100-000 | | 4,971.44 | 16,853.03 |
| 12/23/15 | 105 | NILSSON, ROBERT S | Distribution paid 100.00% on $7,785.60; Claim# SURPLUS; Filed: $7,785.60; Reference: | | 8200-002 | | 7,785.60 | 9,067.43 |
| 12/23/15 | 106 | American InfoSource LP as agent for | Combined Check for Claims#1,1I | | | | 297.25 | 8,770.18 |
| | | | Dividend paid 100.00% on $296.62;  Claim# 1; Filed: $296.62 | 296.62 | 7100-000 | | | 8,770.18 |
| | | | Dividend paid 100.00% on $0.63;  Claim# 1I; Filed: $0.63 | 0.63 | 7990-000 | | | 8,770.18 |
| 12/23/15 | 107 | ATTY. BERNARD J. NATALE | Combined Check for Claims#ATTY,EXP | | | | 2,635.55 | 6,134.63 |
| | | | Dividend paid 100.00% on $2,583.75;  Claim# ATTY; Filed: $2,583.75 | 2,583.75 | 3110-000 | | | 6,134.63 |
| | | | Dividend paid 100.00% on $51.80;  Claim# EXP; Filed: $51.80 | 51.80 | 3120-000 | | | 6,134.63 |
| 12/23/15 | 108 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#2,3,4,2I,3I,4I | | | | 6,134.63 | 0.00 |
| | | | Dividend paid 100.00% on $4,112.67;  Claim# 2; Filed: $4,112.67 | 4,112.67 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $1,521.84;  Claim# 3; Filed: $1,521.84 | 1,521.84 | 7100-000 | | | 0.00 |

Subtotals :   $59,459.42   $59,459.42

{} Asset reference(s)

Printed: 01/19/2016 02:06 PM   V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-80590-LMT | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** NILSSON, ROBERT S / NILSSON, DONNA L. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ********66 - Checking Account |
| **Taxpayer ID #:** **-***8648 | **Blanket Bond:** $8,842,000.00 (per case limit) |
| **Period Ending:** 01/19/16 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $487.08; Claim# 4; Filed: $487.08 | 487.08 | 7100-000 | | 0.00 |
| | | | Dividend paid 100.00% on $8.76; Claim# 2I; Filed: $8.76 | 8.76 | 7990-000 | | 0.00 |
| | | | Dividend paid 100.00% on $3.24; Claim# 3I; Filed: $3.24 | 3.24 | 7990-000 | | 0.00 |
| | | | Dividend paid 100.00% on $1.04; Claim# 4I; Filed: $1.04 | 1.04 | 7990-000 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 59,459.42 | 59,459.42 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 59,459.42 | 59,459.42 | |
| Less: Payments to Debtors | | 22,785.60 | |
| **NET Receipts / Disbursements** | **$59,459.42** | **$36,673.82** | |

| | |
|---|---|
| Net Receipts : | 59,459.42 |
| Plus Gross Adjustments : | 5,540.58 |
| Less Payments to Debtor : | 22,785.60 |
| Net Estate : | $42,214.40 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********66** | 59,459.42 | 36,673.82 | 0.00 |
| | **$59,459.42** | **$36,673.82** | **$0.00** |

{} Asset reference(s)    Printed: 01/19/2016 02:06 PM    V.13.25